JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BRUCE PRECIADO, | Case No. LA CV 15-1471 JVS (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. SEIBEL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: May 14, 2015

_____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE